# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ANTHONY JENKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO. CIV-11-584-HE |
| | ) | |
| GLOBAL INFORMATION CENTRE | ) | |
| MESSIANIC LODGES, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Plaintiff Anthony Jenkins, appearing *pro se*, has filed an application seeking leave to proceed *in forma pauperis.* The matter was referred to Magistrate Judge Doyle W. Argo, who has recommend theat the application be denied because plaintiff has sufficient funds to prepay the $350 filing fee. The magistrate judge noted that plaintiff's application reflects that he has $2,500 in his checking or savings account. Plaintiff has objected to the Report and Recommendation, asserting he is entitled to "no fee status" under the Americans with Disabilities Act ("ADA"). Plaintiff is incorrect that the ADA authorizes a plaintiff to proceed without paying the required filing fee. As he offers no other reason why he should be allowed to proceed *in forma pauperis*, the court adopts Magistrate Judge Argo's Report and Recommendation.

Accordingly, plaintiff's motion application to proceed without prepayment of fees [Doc. #2] is **DENIED**. Plaintiff is advised that unless he pays the $350.00 filing fee by **June 30, 2011**, to the Clerk of the Court, this action will be dismissed without prejudice.

**IT IS SO ORDERED**.

Dated this 10th day of June, 2011.

JOE HEATON
UNITED STATES DISTRICT JUDGE